UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN COLLINE, | No. 2:14-cv-0693-TLN-KJN-PS |
| Plaintiff, | |
| v. | ORDER |
| DAVID ALEXANDER, | |
| Defendant. | |

On March 18, 2014, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed March 18, 2014, are ADOPTED;

2. This action is REMANDED to the Sacramento County Superior Court;

1

3. The Clerk of court shall serve a certified copy of this order on the Clerk of the Sacramento County Superior Court and reference the state case number (No. 14UD01152) in the proof of service; and

4. The Clerk of Court shall vacate all dates and close this case.

Dated: April 16, 2014

_____
Troy L. Nunley
United States District Judge

coll0693.jo